IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHNATHAN SENSING
Individually and on behalf of all other
similarly situated current and
former employees,

    Plaintiffs,

NO. 3:20-cv-00811

VS.

**FLSA Opt-in Collective Action**

JURY DEMANDED

DDT CONCRETE, INC.
a Tennessee Corporation,
and MICHAEL WALLACE,
Individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Parties have filed a Stipulation to Dismissal With Prejudice (Doc. No. 25), under Fed. R. Civ. P. 41(a)(1)(A)(ii), indicating that all matters in dispute have been resolved and this case should be dismissed. Accordingly, this case is **DISMISSED**, with prejudice.

It is so **ORDERED** this  24th   day of  May , 2021.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE